Linda J. Thayer (SBN 195,115)
Lily Lim (SBN 214,536)
Jeffrey E. Danley (SBN 238,316)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Email: linda.thayer@finnegan.com
Email: lily.lim@finnegan.com
Email: jeff.danley@finnegan.com

Attorneys for Plaintiffs
FINANCIAL FUSION, INC. and SYBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FINANCIAL FUSION, INC. and SYBASE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ABLAISE LTD., and GENERAL INVENTORS INSTITUTE A, INC.<br><br>Defendants. | CASE NO. C06-02451 PVT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11** |
|---|---|

Based upon the memoranda filed by the Plaintiffs, the Court GRANTS Plaintiffs' Unopposed Motion for Relief from Case Management Schedule.

The Court therefore ORDERS that:

The Case Management Conference previously scheduled for August 8, 2006 has been rescheduled for **September 26, 2006 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to file a Joint Case Management Conference on or before September 19, 2006.

IT IS SO ORDERED.

DATED: _ August 1___, 2006

By:_____
    Honorable Patricia v. Trumbull
    United States Magistrate Judge
    Northern District of California