1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br>      Defendants. | CASE NO. C06-02451 SBA <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
| YODLEE, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br>      Defendants. | **RELATED CASE** <br><br> CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br>      Plaintiffs, <br><br>   v. <br><br> BANK OF AMERICA CORPORATION, <br><br>      Defendant. | **RELATED CASE** <br><br> CASE NO. C07-01995 SBA |

1   Plaintiff Financial Fusion, Inc. ("Financial Fusion"), Plaintiff Yodlee, Inc. ("Yodlee"), Defendant Bank of America Corporation ("Bank of America"), and Defendants Ablaise Ltd. and General Inventions Institute A, Inc. (collectively, "Ablaise") hereby stipulate as follows:

1. Related cases entitled *Dow Jones & Co. v. Ablaise Ltd. et al.*, Civil Action No. 1:06 CV 01014, and *Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd. et al.*, Civil Action No. 1:06 CV 01015 (collectively, "the *Dow Jones* cases") are currently pending in the United States District Court for the District of Columbia.

2. The *Dow Jones* cases involve claims for declaratory judgment and of infringement of the same patents at issue in the present cases, namely, U.S. Patent Nos. 6,295,530 ("the '530 patent") and 6,961,737 ("the '737 patent").

3. The claims construction hearing in the *Dow Jones* cases took place on June 6, 2007, and the Court issued its claims construction decision this week, on July 11, 2007.  In the decision, the *Dow Jones* Court construed claim terms in both the '530 and '737 patents.

4. The Case Management Conference in the instant related cases is currently scheduled for July 26, 2007, at 2:45 p.m., via telephone, which means the parties' Joint Case Management Statements are due this Monday, July 16, 2007.

5. Because the parties would like more time to consider the effect of the recently-issued claims construction decision on the positions and schedules in the instant related cases, Financial Fusion, Yodlee, Bank of America and Ablaise, through their respective counsel, hereby stipulate, and jointly request, the Court to reschedule the Case Management Conference in these related cases for the next available date after **August 26, 2007**, that is, an extension of one month.

By her signature below, counsel for Plaintiff Financial Fusion swears under penalty of perjury that counsel for Plaintiff Yodlee and Defendants Ablaise and Bank of America concurred in the filing of this document.

| | | |
|---|---|---|
| 1 | Dated: July 13, 2007 | Dated: July 13, 2007 |
| 2 | | |
| 3 | By:  /s/Linda J. Thayer  <br>Linda J. Thayer, Esq. (SBN 195,115) | By:  /s/Cyrus A. Morton  <br>Cyrus A. Morton (*Admitted Pro Hac Vice*) |
| 4 | linda.thayer@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P. | Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue |
| 5 | Stanford Research Park<br>3300 Hillview Avenue | Minneapolis, MN 55402<br>Tel.: (612)349-8500 |
| 6 | Palo Alto, California  94304-1203<br>Tel.:   (650) 849-6600 | Fax: (612) 339-4181 |
| 7 | Fax:   (650) 849-6666 | |
| 8 | Attorneys for Plaintiff<br>FINANCIAL FUSION, INC. | Attorneys for Defendants<br>ABLAISE LTD. and GENERAL |
| 9 | | INVENTIONS INSTITUTE A, INC. |
| 10 | | |
| 11 | Dated: July 13, 2007 | |
| 12 | By:  /s/David M. Barkan  | |
| 13 | David M. Barkan (SBN 160,825)<br>barkan@fr.com | |
| 14 | Fish & Richardson P.C.<br>500 Arguello Street, Suite 500 | |
| 15 | Redwood City, CA 94063<br>Tel.: (650) 839-5070 | |
| 16 | Fax: (650) 839-5071 | |
| 17 | Attorneys for Plaintiff<br>YODLEE, INC. | |
| 18 | Attorneys for Defendant<br>BANK OF AMERICA CORPORATION | |

## [PROPOSED] ORDER

The parties having so stipulated, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Case Management Conference in all three related cases, C06-002451, C06-07222, and C07-01995, is rescheduled for a date convenient for the court, and occurring after August 26, 2007, that date being September 19, 2007, at 2:30 p.m.. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Date: 7/16/07

_____
The Honorable Saundra Brown Armstrong
United States District Judge