1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:      martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Admitted Pro Hac Vice
6  CYRUS A. MORTON, Admitted Pro Hac Vice
   TREVOR J. FOSTER, Admitted Pro Hac Vice
7  SETH A. NORTHROP, Admitted Pro Hac Vice
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
8  2800 LaSalle Plaza
   800 LaSalle Avenue
9  Minneapolis, MN 55402
   Telephone:  (612) 349-8500
10 Facsimile:  (612) 339-4181
   E-Mail: camorton@rkmc.com

12 THOMAS G. SCAVONE, Member of the N.D. Cal. Bar
   MATTHEW G. MCANDREWS, Admitted Pro Hac Vice
13 NIRO, SCAVONE, HALLER & NIRO
   181 West Madison Street, Suite 4600
14 Chicago, Illinois 60602
   Telephone:   (312) 236-0733
15 Facsimile:   (312) 239-3137
   E-Mail:      scavone@nshn.com
16              mmcandrews@nshn.com

17 Attorneys for Defendants
   Ablaise Ltd. and General Inventions Institute A, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., | **Case No. C 06-02451-SBA** |
| Plaintiff, | **WITHDRAWAL OF CO-COUNSEL; [PROPOSED] ORDER** |
| v. | |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | |
| Defendants. | |

1

|  |  |
|---|---|
| YODLEE, INC., <br>     Plaintiff, <br> v. <br> ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br>     Defendants. | RELATED CASE <br> Case No. 06 7222 SBA |

Niro Scavone Haller & Niro and its attorneys Thomas G. Scavone and Matthew G. McAndrews hereby withdraw as co-counsel of record for Defendants and Counterclaimants Ablaise Ltd. ("Ablaise") and General Inventions Institute A, Inc. ("GIIA"). Robins, Kaplan, Miller & Ciresi and Davis Wright Tremaine LLP shall remain as co-counsel of record for Ablaise and GIIA.

I consent to the foregoing.   NIRO, SCAVONE, HALLER & NIRO

By: /s/ Matthew G. McAndrews
    Matthew G. McAndrews

By: /s/ Thomas G. Scavone
    Thomas G. Scavone

I consent to the foregoing.   ROBINS, KAPLAN, MILLER & CIRESI

By: Ronald J. Schultz
    Ronald J. Schutz

I consent to the foregoing.   DAVIS WRIGHT TREMAINE LLP

By: /s/ Martin L. Fineman
    Martin L. Fineman

I consent to the foregoing.   ABLAISE LTD

By: [signature]
    Mark Bernstein

I consent to the foregoing.   GENERAL INVENTIONS INSTITUTE A, INC.

By: [signature]
    Gordon Herring

DAVIS WRIGHT TREMAINE LLP

[PROPOSED] ORDER

IT IS HEREBY ORDERED that Niro Scavone Haller & Niro, Thomas G. Scavone and Matthew G. McAndrews' request to withdraw as co-counsel for Defendants Ablaise Ltd. ("Ablaise") and General Inventions Institute A, Inc. ("GIIA") is granted. Robins, Kaplan, Miller & Ciresi and Davis Wright Tremaine LLP shall remain as co-counsel for Ablaise and GIIA.

IT IS SO ORDERED.

Dated: 11/9/ , 2007

_____
The Honorable Saundra Brown Armstrong
United States District Judge