1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6                             OAKLAND DIVISION

7

| | |
|---|---|
| FINANCIAL FUSION, INC., | CASE NO. C06-02451 SBA |
| Plaintiff, | **JOINT NOTICE OF DECISION AND MOTION TO CONTINUE STAY** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | CASE NO. C06-07222 SBA |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | **RELATED CASE** |
| Plaintiffs, | CASE NO. C07-01995 SBA |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

        The three related patent actions listed above have all been stayed since January 15, 2009,

by Order of this Court.  The Order stayed the proceedings "pending resolution of the

                                        1

1   reexamination of the '737 patent by the United States Patent and Trademark Office or until a

2   determination of the District Court of Columbia in the *Dow Jones* litigation, whichever occurs

3   first." Dkt No. 149.  The court in the *Dow Jones* litigation has now held that the patents-in-suit

4   are invalid, and the parties hereby seek a continuance of the stay in these related actions.

5   **I.      Notice of Disposition and Appeal in the *Dow Jones* litigation.**

6           The parties hereby jointly notify the Court that the District Court of Columbia in the *Dow*

7   *Jones* litigation issued a decision granting Dow Jones' Motion for Summary of Judgment

8   regarding the validity of U.S. Patent No. U.S. Patent No. 6,961,737 (the '737 patent) and U.S.

9   Patent No. 6,295,530 ('530 patent) on July 15, 2009.  Declaration of Linda J. Thayer ("Thayer

10  Decl."), ¶2.    Copies of the Order and Memorandum by the Court are being submitted with this

11  Motion.  Thayer Decl., ¶¶3-4.

12          On July 28, 2009, Ablaise and General Inventors Institute A filed a Notice of Appeal

13  signaling its intent to appeal to the United States Court of Appeals for the Federal Circuit the Final

14  Judgment entered in that matter, as well as all issues, rulings, and orders including, but not limited

15  to, the court's Memorandum and Order granting Dow Jones' Motion for Summary Judgment and

16  the Memorandum on claim construction entered on July 11, 2007.  A copy of the Notice of Appeal

17  is also being submitted with this Motion.  Thayer Decl., ¶5.

18  **II.     The Parties Jointly Request Continuance of the Stay**

19          The parties have previously fully briefed the issue of whether these related cases should be

20  stayed.  In light of the ruling in the *Dow Jones* litigation, and Ablaise's appeal, the Parties jointly

21  request that the Court continue the stay.  Consistent with the Court's prior Order, the parties will

22  file a similar report following resolution of the appeal or the reexamination, whichever comes first.

23          By her signature below, the undersigned certifies that she has obtained consent from the

24  other listed counsels to sign and file this document.

25

26

27

28

JOINT NOTICE AND MOTION TO CONTINUE STAY
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

1

Dated:  August 4, 2009                     Dated: August 4, 2009

2

By: ___/s/Linda J. Thayer_____         By: ___/s/Cyrus A. Morton___
3    Linda J. Thayer, Esq. (SBN 195,115)         Cyrus A. Morton (*Admitted Pro Hac Vice*)
linda.thayer@finnegan.com                  Robins Kaplan Miller & Ciresi LLP
4    FINNEGAN, HENDERSON, FARABOW,          2800 LaSalle Plaza
GARRETT & DUNNER, L.L.P.                    800 LaSalle Avenue
5    55 Cambridge Pkwy, Suite 700               Minneapolis, MN 55402
Cambridge, MA  02142                       Tel.: (612)349-8500
6    Tel.:    (617) 452-1600                    Fax: (612) 339-4181
Fax:     (617) 452-1666

7

Attorneys for Plaintiff                    Attorneys for Defendants
8    FINANCIAL FUSION, INC.                     ABLAISE LTD. and GENERAL
INVENTIONS INSTITUTE A, INC.

9

10   Dated:  August 4, 2009

11   By: ___/s/David M. Barkan_____
David M. Barkan (SBN 160,825)
12   barkan@fr.com
Fish & Richardson P.C.
13   500 Arguello Street, Suite 500
Redwood City, CA 94063
14   Tel.:  (650) 839-5070
Fax:  (650) 839-5071

15

Attorneys for Plaintiff
16   YODLEE, INC.

17   Attorneys for Defendant
BANK OF AMERICA CORPORATION

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ORDER

The Court continues the stay pending the completion of Ablaise's appeal to the Federal Circuit in the *Dow Jones* litigation.

ORDERED this 5th day of October, 2009.

_____

The Honorable Saundra B. Armstrong
United States District Judge

4