MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
PATRICK M. ARENZ, Pro Hac Vice Application Pending
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimle: (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Plaintiffs
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** |

81533645.1

| | |
|---|---|
| YODLEE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.<br><br>Defendants. | **RELATED CASE**<br><br>CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br>CASE NO. C06-001995 SBA |

The Court, having considered the parties, Ablaise Ltd., General Inventions Institute A, Inc., Financial Fusion, Inc., Yodlee, Inc. and Bank of America Corporation's, stipulated dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause shown, hereby dismisses all claims and counterclaims in this case with prejudice. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED.**

Dated: 6/23/10

*/s/ Saundra B. Armstrong*

The Honorable Saundra B. Armstrong
United States District Judge

81533645.1